# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146478(97)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAYMOND CURTIS CARP,
      Defendant-Appellant.
_____/

SC: 146478
COA: 307758
St. Clair CC: 06-001700-FC

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CORTEZ ROLAND DAVIS,
      Defendant-Appellant.
_____/

SC: 146819
COA: 314080
Wayne CC: 94-002089-01-FC

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAKOTAH WOLFGANG ELIASON,
      Defendant-Appellant.
_____/

SC: 147428
COA: 302353
Berrien CC: 2010-015309-FC

On order of the Chief Justice, the motion for the temporary admission of Marsha L. Levick to practice *pro hac vice* under MCR 8.126(A) in these cases is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2014



Clerk